IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA MINTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 6-695 |
| | ) |
| MARMON-KEYSTONE CORP., | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this 7th **day of May, 2007**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is DISMISSED _with prejudice_ pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this 7th **day of May, 2007.**

BY THE COURT:

_Donetta F. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge

_[signature]_ 5/7/07
Attorney for Plaintiffs

_[signature]_
Attorney for Defendant

_____
Attorney for Plaintiff

_[signature]_
Attorney for Defendant

1